IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BANKERS LIFE AND CASUALTY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> EXPRESS FUNERAL FUNDING, LLC; and, ADB NET CORP, f/k/a PREFERRED FUNERAL FUNDING, CORP., <br><br> Defendants. | ) ) ) ) ) ) ) CASE NO. 4:20-cv-00078-TWP-DML ) ) ) ) ) ) |

## *AGREED JUDGMENT ENTRY*

This matter comes before the Court on the Stipulation and Joint Motion for Entry of Agreed Judgment of Plaintiff and Defendant, Express Funeral Funding, LLC (Document 66), and the entry of default judgment against Defendant ADB Net Corp, f/k/a Preferred Funeral Funding, Corp. (Document 65). The court, being duly advised, now ORDERS:

1. That all claims of all parties concerning or relating to the Policy at issue herein have been resolved by an agreement to the disbursement of the Disputed Proceeds, or by entry of default judgment.

2. That default judgment has previously been entered against Defendant ADB Net Corp, f/k/a Preferred Funeral Funding, Corp under the terms of which ADB has no claim to the Disputed Proceeds, Bankers Life is discharged from any further liability to ADB relating to the Disputed Proceeds, and ADB is permanently enjoined from maintaining, instituting, or prosecuting any other proceeding in any state or federal court affecting, relating to, or arising out of the Disputed Proceeds.

3. That pursuant to 28 U.S.C. § 1914 and the Southern District of Indiana's Order Regarding Deposit of Funds with the Court, the Clerk of Court shall deduct from the interest earned on the Deposited Funds a ten percent (10%) registry fee, and that said fee shall be deposited in the United States Treasury.

4. That after payment has been made to the United States Treasury as set out in paragraph 3 above, the United States District Court Clerk shall distribute the remaining balance of the Deposited Funds to Express Funeral Funding, LLC, mailed to its attorney, Jason A. Lopp, Church Langdon Lopp & Banet, LLC, 318 Pearl Street, Suite 200, New Albany, IN 47150.[**]

5. That Defendant Express Funeral Funding, LLC's Counterclaim against Bankers Life and Casualty Company is hereby DISMISSED WITH PREJUDICE, and Express Funeral Funding, LLC is enjoined from commencing any other action or proceeding against Bankers Life and Casualty Company on or related to the Policy at issue.

6. That Bankers Life and Casualty Company is discharged from liability to Defendant Express Funeral Funding, LLC with respect to any claims or demands relating to the Policy at issue, at law or in equity, which were or could have been asserted in this litigation.

7. That Defendant Express Funeral Funding, LLC's Crossclaim against Defendant ADB Net Corp, f/k/a Preferred Funeral Funding, Corp. is hereby DISMISSED WITH PREJUDICE, and Express Funeral Funding, LLC is enjoined from commencing any other action or proceeding against ADB Net Corp, f/k/a Preferred Funeral Funding, Corp. on or related to the Policy at issue.

8. That this is a FINAL JUDGMENT and fully resolves all claims and issues in this lawsuit.

[**] The Clerk's office will need an IRS W-9 form and tax ID number for Express Funeral Funding LLC.

SO ORDERED

Date: 1/26/2021

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service will be made via U.S. Mail, First Class, postage pre-paid, on:

ADB Net Corp, f/k/a Preferred Funeral Funding, Corp., c/o Highest Officer Found, 2090 Seventh Avenue, Suite 109, New York, NY 10027

Adam Kotok, Law Office of Adam Kotok, P.C., 5701 Mosholu Avenue, 2nd Floor, Riverdale, NY 10471

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.